Michele A. De Witt (51154)
MDeWitt@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for MidFirst Bank

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH

| | |
|---|---|
| In re | Case No. 14-21572-JAD |
| BRIAN J. DELANCEY, | Chapter 13 |
| Debtor, | **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

MidFirst Bank ("Creditor") hereby withdraws the Notice of Mortgage Payment Change ("Payment Change Notice") previously filed on 04/10/2018 in connection with Claim No. 7 in the above referenced matter, without prejudice. Creditor filed the presently withdrawn Payment Change Notice in error.

Any fees, costs, or other charges incurred by Creditor in connection with the Payment Change Notice or this withdrawal have not been added to the mortgage loan account that is the subject of the Payment Change Notice.

**ALDRIDGE PITE, LLP**

Dated: June 7, 2018

/s/ Michele A. De Witt
Michele A. De Witt, 51154
**ATTORNEY FOR MIDFIRST BANK**

- 1 -  CASE NO. 14-21572-JAD
WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH

| In re | Case No. 14-21572-JAD |
|---|---|
| BRIAN J. DELANCEY, | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Lauren Timby, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

On June 12, 2018, I mailed the WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE in said case by Fist Class mail to the court or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail from San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true.

/s/Lauren Timby
LAUREN TIMBY

PROOF OF SERVICE

- 1 -

## SERVICE LIST

**DEBTOR(S)**
**(VIA US MAIL)**

Brian J. DeLancey
154 Alter Road
Natrona Heights, PA 15065


**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com


**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

PROOF OF SERVICE

- 2 -