# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Brian J. DeLancey |
|---|---|
| CASE NO. | 14-21572-JAD |
| RELATED TO DOCUMENT NO. | 82 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Withdrawal of Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

An original signature is required on all documents filed on paper.

You must file a properly signed Withdrawal of Notice of Mortgage Payment Change and Certificate of Service within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Withdrawal of Notice of Mortgage Payment Change that is filed in response to this Notice.**

|  |  |
|---|---|
| June 14, 2018 | By: Connie Ulysse |
| Date | Deputy Clerk |

Copy mailed to: Michele A. De Witt c/o Aldridge Pite, LLP, P.O. Box 17933, San Diego, CA 92177-0933

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Brian J. DeLancey
    Debtor

Case No. 14-21572-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Jun 14, 2018
                  Form ID: pdf901     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
db        +Brian J. DeLancey,   154 Alter Road,   Natrona Heights, PA 15065-2808
          +Michele A. De Witt,   Aldridge Pite, LLP,   P.O. Box 17933,   San Diego, CA 92177-7921
cr       +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,   Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
        Jill Manuel-Coughlin    on behalf of Creditor   CitiMortgage, Inc. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
        Kenneth Steidl    on behalf of Debtor Brian J. DeLancey julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 5