IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-21572 JAD |
| Brian J. DeLancey, ) | Chapter 13 |
|     Debtor ) | Document No. WO-1 |
| ) | |
| Brian J. DeLancey, ) | |
| Social Security No. XXX-XX-6274 ) | |
|     Movant ) | |
| ) | |
| vs. ) | Related to Document No. 91 |
| ) | |
| EMP Power & Water Solutions Inc. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
|     Respondents ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on September 11, 2018, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

EPM Power & Water Solutions Inc.
Attn: Payroll Department
200 Beta Drive
Pittsburgh, PA 15238

Brian J. DeLancey
154 Alter Road
Natrona Heights, PA 15065

Date of Service:    September 11, 2018    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    ken.steidl@steidl-steinberg.com