**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  BRIAN J. DELANCEY<br><br>          Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>BRIAN J. DELANCEY<br><br>          Respondents | Case No.14-21572JAD<br><br>Chapter 13<br><br> Related to<br>Document No.  100 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  4th  day of  April  , 2019, it is hereby ORDERED, ADJUDGED, and DECREED that,

Emerson Process Management
Attn: Payroll Manager
200 Beta Dr
Pittsburgh, PA 15238

is hereby ordered to immediately terminate the attachment of the wages of BRIAN J. DELANCEY, social security number XXX-XX-6274. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRIAN J. DELANCEY.

BY THE COURT:

_____ sjk

UNITED STATES BANKRUPTCY JUDGE
 Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
4/4/19 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-21572-JAD
Brian J. DeLancey                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Apr 04, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db             +Brian J. DeLancey,    154 Alter Road,    Natrona Heights, PA 15065-2808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        Jill   Manuel-Coughlin    on behalf of Creditor    CitiMortgage, Inc. jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        Kenneth   Steidl    on behalf of Debtor Brian J. DeLancey julie.steidl@steidl-steinberg.com,
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
        eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
        inberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                            TOTAL: 5