Case No:   14-21572-JAD

# UNITED STATES BANKRUPTCY COURT

**Western District of Pennsylvania - Pittsburgh**

In re:   **Brian J. DeLancey**                                     Case No:   **14-21572-JAD**

                                                                                  Chapter:   **13**

Property Address:   **154 Alter Road, Natrona Heights, Pennsylvania, 15065**

Last four digits of any number you use to

Identify the debtor's account:   **\*\*\*\*\*\*8077**

Court Claim No. (if known) **7**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**MidFirst Bank**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **May 16, 2019** and filed as Docket No. **103**

### Pre-Petition Default Payments      Applicable option is checked.

☒ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   **$0.00**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments      Applicable option is checked.

☒ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   **$0.00**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 14-21572-JAD

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor

☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

X  /s/ Bryan S. Fairman                    X  5/29/2019
     Signature                                 Date(MM/DD/YYYY)

First Name: Bryan            Middle Name:            Last Name: Fairman

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Drive, Suite 200; P.O. Box 17933

City: San Diego            State: CA            Zip: 92177-0933

Phone: (858) 750-7600