Case No:  14-21572-JAD

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>May 30, 2019</u>

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| | |
| Debtor's Counsel Name: | Kenneth Steidl |
| Debtor's Counsel Address: | Suite 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| Debtor's Counsel Email: | julie.steidl@steidl-steinberg.com |
| | |
| Debtor 1 Name: | Brian J. DeLancey |
| Debtor's Mailing Address: | 154 Alter Road |
| | Natrona Heights, PA 15065 |

    /s/ Tori Ward