Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian J. DeLancey**
Debtor(s)

Bankruptcy Case No.: 14–21572–JAD

Chapter: 13
Docket No.: 105 – 104

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 28th of May, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/15/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/24/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/15/19.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-21572-JAD
Brian J. DeLancey                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2              Date Rcvd: May 28, 2019
                              Form ID: 408            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
```
db             +Brian J. DeLancey,    154 Alter Road,    Natrona Heights, PA 15065-2808
13852079      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,     ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    P. O. Box 78143,    Phoenix, AZ 85062)
13852078       +Americredit,    14523 SW Milliken Way,    Beaverton, OR 97005-2344
13852081       +Cash Advance Now,    Interlink 656,    PO Box 02-5635,    Miami, FL 33102-5635
13852080       +Cash Advance Now,    7801 N.W. 37th Street,    Miami, FL 33195-6503
13837447       +Childrens Community Pediatrics,    c/o Collection Service Center Inc.,    P.O. Box 1623,
                 Butler, PA 16003-1623
13837448       +Childrens Hospital of Pittsburgh,    c/o State Collection Service,    2509 S Stoughton Road,
                 Madison, WI 53716-3314
13907018        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13837450       +Citimortgage,    c/o Daniel Fanaselli, Esquire,    Powers Kirn & Javardian,
                 1310 Industrial Blvd., Suite 202,    Southampton, PA 18966-4030
13837449       +Citimortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
14120652        ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
13881152       +Harrison Township,    Attn: Michael D. McKechnie,    53 Garfield St.,    Natrona, PA 15065-2619
13852087       +Lakota Cash,    PO Box 128,    Timber Lake, SD 57656-0128
14196766       +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13837452       +Municipal Authority of New Kensington,    c/o Collection Service Center,    P.O. Box 560,
                 New Kensington, PA 15068-0560
13852089       +P.N. Financial,    PO Box 1431,    Skokie, IL 60076-8431
13852090       +PA Higher Education,    1200 North 7th Street,    Harrisburg, PA 17102-1444
13866485       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
13852091        PaydayMobility,    2923 Brookside Drive,    Birmingham, AL 35209
13837453       +Pennsylvania Higher Education Assistance,    c/o American Education Services,    P.O. Box 2461,
                 Harrisburg, PA 17105-2461
13894165       +Peoples Natural Gas Co. LLC,    Attn: Andrew Weisner,    375 North Shore Dr., Suite 600,
                 Pittsburgh, PA 15212-5866
13837454       +Peoples Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13837456       +TW Phillips Gas & Oil Company,    205 N. Main Street,    Butler, PA 16001-4998
13852097       +Upper Allegheny Joint Sanitary Authority,    P. O. Box 431,    Tarentum, PA 15084-0431
13852098       +West River Cash, LLC,    P.O. Box 30,    Hays, MT 59527-0030
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13837446       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 29 2019 03:37:56
                 Allegheny General Anesthesia,    c/o Credit Management Co.,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
13860165       +E-mail/Text: bncmail@w-legal.com May 29 2019 03:37:35      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14094998       +E-mail/Text: bankruptcy@consumerportfolio.com May 29 2019 03:37:38
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13843040       +E-mail/Text: bankruptcy@cavps.com May 29 2019 03:37:51      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13837451       +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 03:37:18      First Premier Bank,
                 c/o Midland Credit Management,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13866591        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13837455       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26      Regional Acceptance Corporation,
                 PO Box 830913,    Birmingham, AL 35283-0913
13837457       +E-mail/Text: bankruptcydepartment@tsico.com May 29 2019 03:38:13      UPMC Physician Services,
                 c/o NCO Financial Systems INc.,    1375 East Woodfield Road, Suite 110,
                 Schaumburg, IL 60173-5423
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, Inc.
cr              MIDFIRST BANK
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*            +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13852077*      +Allegheny General Anesthesia,    c/o Credit Management Co.,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
13852082*      +Childrens Community Pediatrics,    c/o Collection Service Center Inc.,    P.O. Box 1623,
                 Butler, PA 16003-1623
13852083*      +Childrens Hospital of Pittsburgh,    c/o State Collection Service,    2509 S Stoughton Road,
                 Madison, WI 53716-3314
13852084*      +Citimortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
13852085*      +Citimortgage,    c/o Daniel Fanaselli, Esquire,    Powers Kirn & Javardian,
                 1310 Industrial Blvd., Suite 202,    Southampton, PA 18966-4030
13852086*      +First Premier Bank,    c/o Midland Credit Management,    8875 Aero Drive,    Suite 200,
                 San Diego, CA 92123-2255
13852088*      +Municipal Authority of New Kensington,    c/o Collection Service Center,    P.O. Box 560,
                 New Kensington, PA 15068-0560
13852092*      +Pennsylvania Higher Education Assistance,    c/o American Education Services,    P.O. Box 2461,
                 Harrisburg, PA 17105-2461
```

```
District/off: 0315-2           User: jfur                Page 2 of 2                   Date Rcvd: May 28, 2019
                               Form ID: 408              Total Noticed: 33


            ***** BYPASSED RECIPIENTS (continued) *****
13852093*       +Peoples Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13852094*       +Regional Acceptance Corporation,    PO Box 830913,    Birmingham, AL 35283-0913
13852095*       +TW Phillips Gas & Oil Company,    205 N. Main Street,    Butler, PA 16001-4998
13852096*       +UPMC Physician Services,    c/o NCO Financial Systems INc.,
                  1375 East Woodfield Road, Suite 110,    Schaumburg, IL 60173-5423
                                                                                              TOTALS: 2, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    CitiMortgage, Inc. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Kenneth   Steidl    on behalf of Debtor Brian J. DeLancey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J.   Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5
```