**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN J. DELANCEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-21572 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 24, 2019

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/18/2014 and confirmed on 6/18/14 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 155,856.77 |
| Less Refunds to Debtor | 6,717.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 149,139.10 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,400.00 | |
|    Trustee Fee | 6,218.88 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,618.88 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 84,364.70 | 0.00 | 84,364.70 |
|     Acct: 8077 | | | | |
|   MIDFIRST BANK SSB* | 19,205.64 | 19,205.64 | 0.00 | 19,205.64 |
|     Acct: 8077 | | | | |
|   UPPER ALLEG JOINT SANITARY ATH | 215.00 | 215.00 | 38.77 | 253.77 |
|     Acct: | | | | |
|   REGIONAL ACCEPTANCE CORP | 2,831.13 | 2,831.13 | 773.03 | 3,604.16 |
|     Acct: 9042 | | | | |
| | | | | 107,428.27 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J. DELANCEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J. DELANCEY | 2,590.00 | 2,590.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN J. DELANCEY | 4,127.67 | 4,127.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX7-19 | | | | |
|   HARRISON TOWNSHIP (EIT) | 1,203.15 | 1,203.15 | 0.00 | 1,203.15 |
|     Acct: 6274 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 15,114.26 | 0.00 | 15,114.26 |
|     Acct: 6148 | | | | |
| | | | | 16,317.41 |
| **Unsecured** | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |

14-21572 JAD

Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: ? | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX2455 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   ECMC(*) | 1,014.70 | 1,014.70 | 0.00 | 1,014.70 |
|   Acct: 6274 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 1,650.18 | 1,650.18 | 0.00 | 1,650.18 |
|   Acct: 4643 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 303.90 | 303.90 | 0.00 | 303.90 |
|   Acct: 7937 | | | | |
|   CERASTES LLC | 587.50 | 587.50 | 0.00 | 587.50 |
|   Acct: 7327 | | | | |
|   AMERICREDIT FNCL SVCS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   CASH ADVANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   LAKOTA CASH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   PAYDAY MOBILITY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   WEST RIVER CASH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   ECMC(*) | 3,834.93 | 3,834.93 | 0.00 | 3,834.93 |
|   Acct: 6247 | | | | |
|   REGIONAL ACCEPTANCE CORP | 6,383.33 | 6,383.33 | 0.00 | 6,383.33 |
|   Acct: 9042 | | | | |
| | | | | 13,774.54 |

TOTAL PAID TO CREDITORS      137,520.22

TOTAL
CLAIMED      1,203.15
PRIORITY      22,251.77
SECURED      13,774.54

Date: 05/24/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　BRIAN J. DELANCEY<br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>　No Repondents. | Case No.:14-21572 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-21572-JAD
Brian J. DeLancey                                                         Chapter 13
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0315-2           User: jfur                Page 1 of 2               Date Rcvd: May 28, 2019
                               Form ID: pdf900           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
```
db             +Brian J. DeLancey,    154 Alter Road,    Natrona Heights, PA 15065-2808
13852079      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    P. O. Box 78143,    Phoenix, AZ 85062)
13852078       +Americredit,   14523 SW Milliken Way,    Beaverton, OR 97005-2344
13852081       +Cash Advance Now,    Interlink 656,    PO Box 02-5635,    Miami, FL 33102-5635
13852080       +Cash Advance Now,    7801 N.W. 37th Street,   Miami, FL 33195-6503
13837447       +Childrens Community Pediatrics,    c/o Collection Service Center Inc.,    P.O. Box 1623,
                Butler, PA 16003-1623
13837448       +Childrens Hospital of Pittsburgh,    c/o State Collection Service,    2509 S Stoughton Road,
                Madison, WI 53716-3314
13907018        CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
13837450       +Citimortgage,   c/o Daniel Fanaselli, Esquire,    Powers Kirn & Javardian,
                1310 Industrial Blvd., Suite 202,    Southampton, PA 18966-4030
13837449       +Citimortgage,   P.O. Box 6243,    Sioux Falls, SD 57117-6243
14120652        ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
13881152       +Harrison Township,    Attn: Michael D. McKechnie,    53 Garfield St.,   Natrona, PA 15065-2619
13852087       +Lakota Cash,   PO Box 128,    Timber Lake, SD 57656-0128
14196766       +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13837452       +Municipal Authority of New Kensington,    c/o Collection Service Center,    P.O. Box 560,
                New Kensington, PA 15068-0560
13852089       +P.N. Financial,    PO Box 1431,   Skokie, IL 60076-8431
13852090       +PA Higher Education,    1200 North 7th Street,    Harrisburg, PA 17102-1444
13866485       +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
13852091        PaydayMobility,   2923 Brookside Drive,    Birmingham, AL 35209
13837453       +Pennsylvania Higher Education Assistance,    c/o American Education Services,    P.O. Box 2461,
                Harrisburg, PA 17105-2461
13894165       +Peoples Natural Gas Co. LLC,    Attn: Andrew Weisner,    375 North Shore Dr., Suite 600,
                Pittsburgh, PA 15212-5866
13837454       +Peoples Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13837456       +TW Phillips Gas & Oil Company,    205 N. Main Street,    Butler, PA 16001-4998
13852097       +Upper Allegheny Joint Sanitary Authority,    P. O. Box 431,   Tarentum, PA 15084-0431
13852098       +West River Cash, LLC,    P.O. Box 30,   Hays, MT 59527-0030
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13837446       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 29 2019 03:37:56
                Allegheny General Anesthesia,    c/o Credit Management Co.,    2121 Noblestown Road,
                Pittsburgh, PA 15205-3956
13860165       +E-mail/Text: bncmail@w-legal.com May 29 2019 03:37:35      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14094998       +E-mail/Text: bankruptcy@consumerportfolio.com May 29 2019 03:37:37
                CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
13843040       +E-mail/Text: bankruptcy@cavps.com May 29 2019 03:37:51      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13837451       +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 03:37:18      First Premier Bank,
                c/o Midland Credit Management,    8875 Aero Drive,   Suite 200,    San Diego, CA 92123-2255
13866591        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26      Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
13837455       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 29 2019 03:48:26      Regional Acceptance Corporation,
                PO Box 830913,   Birmingham, AL 35283-0913
13837457       +E-mail/Text: bankruptcydepartment@tsico.com May 29 2019 03:38:13      UPMC Physician Services,
                c/o NCO Financial Systems INc.,    1375 East Woodfield Road, Suite 110,
                Schaumburg, IL 60173-5423
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, Inc.
cr              MIDFIRST BANK
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*            +MidFirst Bank,   999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13852077*      +Allegheny General Anesthesia,    c/o Credit Management Co.,    2121 Noblestown Road,
                Pittsburgh, PA 15205-3956
13852082*      +Childrens Community Pediatrics,    c/o Collection Service Center Inc.,    P.O. Box 1623,
                Butler, PA 16003-1623
13852083*      +Childrens Hospital of Pittsburgh,    c/o State Collection Service,    2509 S Stoughton Road,
                Madison, WI 53716-3314
13852084*      +Citimortgage,   P.O. Box 6243,    Sioux Falls, SD 57117-6243
13852085*      +Citimortgage,   c/o Daniel Fanaselli, Esquire,    Powers Kirn & Javardian,
                1310 Industrial Blvd., Suite 202,    Southampton, PA 18966-4030
13852086*      +First Premier Bank,    c/o Midland Credit Management,    8875 Aero Drive,   Suite 200,
                San Diego, CA 92123-2255
13852088*      +Municipal Authority of New Kensington,    c/o Collection Service Center,    P.O. Box 560,
                New Kensington, PA 15068-0560
13852092*      +Pennsylvania Higher Education Assistance,    c/o American Education Services,    P.O. Box 2461,
                Harrisburg, PA 17105-2461
```

```
District/off: 0315-2          User: jfur              Page 2 of 2              Date Rcvd: May 28, 2019
                              Form ID: pdf900         Total Noticed: 33


            ***** BYPASSED RECIPIENTS (continued) *****
13852093*       +Peoples Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13852094*       +Regional Acceptance Corporation,    PO Box 830913,    Birmingham, AL 35283-0913
13852095*       +TW Phillips Gas & Oil Company,    205 N. Main Street,    Butler, PA 16001-4998
13852096*       +UPMC Physician Services,    c/o NCO Financial Systems INc.,
                  1375 East Woodfield Road, Suite 110,    Schaumburg, IL 60173-5423
                                                                                    TOTALS: 2, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    CitiMortgage, Inc. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Kenneth   Steidl    on behalf of Debtor Brian J. DeLancey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J.   Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```