**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
  BRIAN J. DELANCEY

         Debtor(s)

  Ronda J. Winnecour
         Movant
      vs.
  No Repondents.

Case No.:14-21572 JAD

Chapter 13

Document No.: 104

FILED
7/17/19 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this 17th day of July, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 14-21572-JAD
Brian J. DeLancey                                                 Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0315-2         User: mgut                  Page 1 of 2         Date Rcvd: Jul 17, 2019
                             Form ID: pdf900             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db             +Brian J. DeLancey,    154 Alter Road,   Natrona Heights, PA 15065-2808
13852079      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit,    P. O. Box 78143,   Phoenix, AZ 85062)
13852078       +Americredit,    14523 SW Milliken Way,   Beaverton, OR 97005-2344
13852081       +Cash Advance Now,    Interlink 656,   PO Box 02-5635,   Miami, FL 33102-5635
13852080       +Cash Advance Now,    7801 N.W. 37th Street,   Miami, FL 33195-6503
13837447       +Childrens Community Pediatrics,    c/o Collection Service Center Inc.,    P.O. Box 1623,
                 Butler, PA 16003-1623
13837448       +Childrens Hospital of Pittsburgh,    c/o State Collection Service,    2509 S Stoughton Road,
                 Madison, WI 53716-3314
13907018        CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA 50368-8971
13837450       +Citimortgage,    c/o Daniel Fanaselli, Esquire,   Powers Kirn & Javardian,
                 1310 Industrial Blvd., Suite 202,    Southampton, PA 18966-4030
13837449       +Citimortgage,    P.O. Box 6243,   Sioux Falls, SD 57117-6243
14120652        ECMC,   PO BOX 16408,   ST. PAUL MN 55116-0408
13881152       +Harrison Township,    Attn: Michael D. McKechnie,    53 Garfield St.,   Natrona, PA 15065-2619
13852087       +Lakota Cash,    PO Box 128,   Timber Lake, SD 57656-0128
14196766       +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,   Oklahoma City, OK 73118-6051
13837452       +Municipal Authority of New Kensington,    c/o Collection Service Center,    P.O. Box 560,
                 New Kensington, PA 15068-0560
13852089       +P.N. Financial,    PO Box 1431,   Skokie, IL 60076-8431
13852090       +PA Higher Education,    1200 North 7th Street,   Harrisburg, PA 17102-1444
13866485       +PHEAA,    PO BOX 8147,   HARRISBURG, PA 17105-8147
13852091        PaydayMobility,    2923 Brookside Drive,   Birmingham, AL 35209
13837453       +Pennsylvania Higher Education Assistance,    c/o American Education Services,    P.O. Box 2461,
                 Harrisburg, PA 17105-2461
13894165       +Peoples Natural Gas Co. LLC,    Attn: Andrew Weisner,    375 North Shore Dr., Suite 600,
                 Pittsburgh, PA 15212-5866
13837454       +Peoples Natural Gas Company,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
13837456       +TW Phillips Gas & Oil Company,    205 N. Main Street,   Butler, PA 16001-4998
13852097       +Upper Allegheny Joint Sanitary Authority,    P. O. Box 431,   Tarentum, PA 15084-0431
13852098       +West River Cash, LLC,    P.O. Box 30,   Hays, MT 59527-0030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13852079        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 18 2019 03:21:36      Americredit,
                 P. O. Box 78143,   Phoenix, AZ 85062
13837446       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 18 2019 03:23:03
                 Allegheny General Anesthesia,    c/o Credit Management Co.,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
13852078       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 18 2019 03:21:36      Americredit,
                 14523 SW Milliken Way,    Beaverton, OR 97005-2344
13860165       +E-mail/Text: bncmail@w-legal.com Jul 18 2019 03:22:51      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14094998       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 18 2019 03:22:52
                 CONSUMER PORTFOLIO SERVICES, INC.,    P. O. BOX 57071,   IRVINE, CA. 92619-7071
13843040       +E-mail/Text: bankruptcy@cavps.com Jul 18 2019 03:23:00      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14120652        E-mail/Text: ECMCBKNotices@ecmc.org Jul 18 2019 03:21:49      ECMC,   PO BOX 16408,
                 ST. PAUL MN 55116-0408
13837451       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2019 03:22:34      First Premier Bank,
                 c/o Midland Credit Management,    8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
13866591        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 18 2019 03:29:43      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
13837455       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 18 2019 03:29:43      Regional Acceptance Corporation,
                 PO Box 830913,   Birmingham, AL 35283-0913
13837457       +E-mail/Text: bankruptcydepartment@tsico.com Jul 18 2019 03:23:17      UPMC Physician Services,
                 c/o NCO Financial Systems INc.,    1375 East Woodfield Road, Suite 110,
                 Schaumburg, IL 60173-5423
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage, Inc.
cr              MIDFIRST BANK
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
cr*            +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,   Oklahoma City, OK 73118-6051
13852077*      +Allegheny General Anesthesia,    c/o Credit Management Co.,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
13852082*      +Childrens Community Pediatrics,    c/o Collection Service Center Inc.,    P.O. Box 1623,
                 Butler, PA 16003-1623
13852083*      +Childrens Hospital of Pittsburgh,    c/o State Collection Service,    2509 S Stoughton Road,
                 Madison, WI 53716-3314
13852084*      +Citimortgage,    P.O. Box 6243,   Sioux Falls, SD 57117-6243
13852085*      +Citimortgage,    c/o Daniel Fanaselli, Esquire,   Powers Kirn & Javardian,
                 1310 Industrial Blvd., Suite 202,    Southampton, PA 18966-4030
```

```
District/off: 0315-2           User: mgut                  Page 2 of 2                  Date Rcvd: Jul 17, 2019
                               Form ID: pdf900             Total Noticed: 33
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
13852086*        +First Premier Bank,   c/o Midland Credit Management,    8875 Aero Drive,    Suite 200,
                   San Diego, CA 92123-2255
13852088*        +Municipal Authority of New Kensington,    c/o Collection Service Center,    P.O. Box 560,
                   New Kensington, PA 15068-0560
13852092*        +Pennsylvania Higher Education Assistance,    c/o American Education Services,    P.O. Box 2461,
                   Harrisburg, PA 17105-2461
13852093*        +Peoples Natural Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
13852094*        +Regional Acceptance Corporation,    PO Box 830913,    Birmingham, AL 35283-0913
13852095*        +TW Phillips Gas & Oil Company,    205 N. Main Street,    Butler, PA 16001-4998
13852096*        +UPMC Physician Services,   c/o NCO Financial Systems INc.,
                   1375 East Woodfield Road, Suite 110,    Schaumburg, IL 60173-5423
                                                                                              TOTALS: 2, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
              James  Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    CitiMortgage, Inc. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Kenneth  Steidl     on behalf of Debtor Brian J. DeLancey julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```